AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*[Stamp: 07 NOV -8 PM 4:42 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

## OFFENSE CHARGED

18 U.S.C. § 2252(a)(1) - Transporting Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ BRUCE NHOUTHAKITH

**DISTRICT COURT NUMBER**
CR 07  0713  SI

**PENALTY:**
40 years imprisonment; 15 year mandatory minimum; $250,000 fine; $100 special assessment; up to lifetime supervised release.

---

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Immigration & Customs Enforcement (ICE)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☑ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3:07-70607-EMC

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Erika R. Frick

---

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
07 NOV -8 PM 4:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

v.

BRUCE NHOUTHAKITH

# CR 07 -0713 SI

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. Section 2252 (a) (1) -
Transporting Child Pornography

INDICT

A true bill.

_____
Bonnie O'Grady, Foreman

Filed in open court this ___ day of
11/8/2007
_____
Clerk

Bail $ No process

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,        )   No. CR 07 0713
                                     )
12         Plaintiff,                )   VIOLATIONS: 18 U.S.C. § 2252(a)(1) -
                                     )   Transporting Child Pornography
13     v.                            )
                                     )
14  BRUCE NHOUTHAKITH,               )   SAN FRANCISCO VENUE
                                     )
15         Defendant.                )
                                     )
16
17                              I N D I C T M E N T
18  The Grand Jury charges:
19         On or about October 16, 2007, in the Northern District of California, the defendant,
20                              BRUCE NHOUTHAKITH,
21  did knowingly transport and ship in interstate or foreign commerce by any means, one or more
22  visual depictions, the production of which, as he knew, involved the use of a minor engaging in
23  //
24  //
25  //
26  //
27  //
28  //

INDICTMENT

sexually explicit conduct, and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

DATED: 11/08/07                                A TRUE BILL.

                                               _____
                                               FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____ )
                      AUSA FRICK

INDICTMENT