# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/30/07

Case No.   CR-07-0713 SI              Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- BRUCE KHOUTHAKITCH (C)(P)

Attorneys:   E. Frick          R. Tyler

Deputy Clerk: Tracy Sutton   Court Reporter: M. Gurule

## PROCEEDINGS

1)  Trial Setting - HELD

2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                    PART

Case continued to **1/18/08  @ 11:00 a.m.**   for Status/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:    11/14/08      Delay ends: 1/18/08**
(        AUSA to draft order         )

ORDERED AFTER HEARING:
Defense counsel is not available for some period of time and needs additional time to conduct it's own investigation.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )