**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 1/18/08

Case No.   CR-07-0713  SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BRUCE KHOUTHAKITCH (C)(P)

Attorneys:   E. Frick         R. Tyler

Deputy Clerk: Tracy Sutton  Court Reporter: M. Gurule

**PROCEEDINGS**

1)   Trial Setting - HELD
2)
3)
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                              PART

Case continued to **2/8/08  @ 11:00 a.m.**   for Change of Plea/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:         Delay ends: 2/8/08**
(         AUSA to draft order         )

ORDERED AFTER HEARING:
The parties need additional time to further negotiate a plea agreement.
Charges maybe filed in Nebraska.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )