**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 2/22/08

Case No.   CR-07-0713  SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BRUCE NHOUTHAKITCH (C)(P)

Attorneys:   E. Frick          R. Tyler

Deputy Clerk: Tracy Sutton  Court Reporter: J. Gonzales

**PROCEEDINGS**

1) Status  - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                  PART

Case continued to **2/28/08  @ 11:00 a.m.**   for Change of Plea/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Plea Negotiations
**Delay begins:          Delay ends: 2/28/08**
(          AUSA to draft order           )

ORDERED AFTER HEARING:

(SPEEDY TRIAL DEADLINE AS OF TODAY: )