**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 2/29/08

Case No.   CR-07-0713 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- BRUCE NHOUTHAKITH (C)(P)

Attorneys:   E. Frick          R. Tyler

Deputy Clerk: Tracy Sutton   Court Reporter: J. Gonzales

**PROCEEDINGS**

1) Change of Plea - HELD
2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                PART

Case continued to **6/6/08 @ 11:00 a.m.**  for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:
ORDERED AFTER HEARING:
The defendant entered into an open plea agreement.  No written agreement was filed.  The defendant plead guilty to a single count indictment.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )