corrected

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 2/29/08

Case No.   CR-07-0713  SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- BRUCE NHOUTHAKITH (C)(P)

Attorneys:   E. Frick         R. Tyler

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Gonzales       L. Zinn

**PROCEEDINGS**

1) Change of Plea - HELD
2) _____
3) _____
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                  PART

Case continued to **6/6/08  @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _
ORDERED AFTER HEARING:
The defendant entered into an open plea agreement.  No written agreement was filed.  The defendant plead guilty to a single count indictment.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )