# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 2 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number  **CR07-713 SI**                                SI

Defendant's Name  **Bruce Nhovthakith**

Defense Counsel  **R. Tyler**

Due Date  **6/6/08 @ 11 AM**

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a     __X__ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE</u> today to make the necessary arrangements.

For use of Courtroom Deputies
Is defendant in custody?  **yes**
Is defendant English speaking?  **yes**
What is defendant's address?

Richard W. Wieking
Clerk

by: _____
T. Sutton, Deputy Clerk

cc: U.S. Probation Office