corrected

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

2/28/08

Date: ~~2/29/08~~

Case No.  __CR-07-0713  SI__          Judge:  __SUSAN ILLSTON__

Title:  __UNITED STATES__ -v- __BRUCE NHOUTHAKITH (C)(P)__

Attorneys:  __E. Frick__          __R. Tyler__

                                                    L. Zinn

Deputy Clerk: __Tracy Sutton__ Court Reporter: __J. Gonzales__

## PROCEEDINGS

1) Change of Plea - HELD _____

2) _____

3) _____

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN        (  ) SUBMITTED
                                    PART

Case continued to **6/6/08  @ 11:00 a.m.**  for Judgment & Sentence

Case continued to  __@ 11:00 a.m.__  for Motions
(Motion due , Opposition  Reply )

Case continued to  __@__  for Pretrial Conference

Case continued to  __@ 8:30 a.m.__  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _
ORDERED AFTER HEARING:
The defendant entered into an open plea agreement.  No written agreement was filed.  The
defendant plead guilty to a single count indictment.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )