BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant NHOUTHAKITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00713 SI |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING; [PROPOSED] ORDER** |
| v. ) | |
| ) | |
| BRUCE NHOUTHAKITH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that subject to the court's approval, the sentencing hearing in the above-captioned matter, presently set for Friday, June 6, 2008, be continued to August 1, 2008, at 11:00 a.m.  The reason for the continuance is that defense counsel needs additional time to make preparations for sentencing.

//

//

//

//

STIP AND [PROPOSED] ORDER TO
CONTINUE HEARING; *U.S. v. Nhouthakith*
*No. CR 07-00713 SI*                                                    1

1 | All parties are available on the requested date.

2 | IT IS SO STIPULATED.

3

4 | Dated:    May 30, 2008                    ____/s/_____
                                              RONALD C. TYLER
5 |                                            Assistant Federal Public Defender

6

7 | Dated:    May 30, 2008                    ____/s/_____
                                              ERIKA R. FRICK
                                              Assistant United States Attorney
8

9

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for Friday, June 6, 2008 shall be continued to August 1, 2008, at 11:00 a.m.

**IT IS SO ORDERED**.

Dated:_____        _____
                                     HONORABLE SUSAN ILLSTON
                                     United States District Court Judge