1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant NHOUTHAKITH

7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,          )   No. CR 07-00713 SI
                                      )
13           Plaintiff,                )   **STIPULATION TO CONTINUE**
                                      )   **HEARING; [PROPOSED] ORDER**
14      v.                             )
                                      )
15 BRUCE NHOUTHAKITH,                 )
                                      )
16           Defendant.                )
   _____    )

17
        Defendant and the government, through their respective counsel, hereby stipulate that
18
   subject to the court's approval, the sentencing hearing in the above-captioned matter, presently
19
   set for Friday, June 6, 2008, be continued to August 1, 2008, at 11:00 a.m.  The reason for the
20
   continuance is that defense counsel needs additional time to make preparations for sentencing.
21
   //
22
   //
23
   //
24
   //
25

26

STIP AND [PROPOSED] ORDER TO
CONTINUE HEARING; *U.S. v. Nhouthakith*
*No. CR 07-00713 SI*                    1

All parties are available on the requested date.

IT IS SO STIPULATED.

Dated:    May 30, 2008                        ____/s/_____
                                              RONALD C. TYLER
                                              Assistant Federal Public Defender

Dated:    May 30, 2008                        ____/s/_____
                                              ERIKA R. FRICK
                                              Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for Friday, June 6, 2008 shall be continued to ~~August 1,~~ July 25, 2008, at 11:00 a.m.

**IT IS SO ORDERED**.

Dated:_____          _____
                                       HONORABLE SUSAN ILLSTON
                                       United States District Court Judge