1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant NHOUTHAKITH

7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        )   No. CR 07-00713 SI
                                    )
                Plaintiff,          )   **STIPULATION AND [PROPOSED]**
13                                  )   **ORDER TO CONTINUE HEARING;**
       v.                           )
14                                  )
   BRUCE NHOUTHAKITH,               )
15                                  )
                Defendant.          )
16 _____)

17
       Defendant and the government, through their respective counsel, hereby stipulate that,
18
   subject to the court's approval, the sentencing hearing in the above-captioned matter, presently
19
   scheduled for Friday, July 25, 2008 at 11:00 a.m. be continued to Friday, September 5, 2008, at
20
   11:00 a.m.  The reason for the continuance is that defense mitigation work in this serious matter
21
   is ongoing and partly international in scope.  Related investigation has been significantly
22
   hampered by language difficulties.
23
   //
24
   //
25
   //
26

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING;
*U.S. v. Nhouthakith,* CR 07-00713 SI            1

Both parties and the probation officer are available on the requested date.

IT IS SO STIPULATED:

Dated: July 9, 2008     ____/s/_____
RONALD C. TYLER
Assistant Federal Public Defender

Dated: July 9, 2008     ____/s/_____
ERIKA R. FRICK
Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for Friday, July 25, 2008 shall be continued to September 5, 2008, at 11:00 a.m.

**IT IS SO ORDERED**.

Dated:_____     _____
HONORABLE SUSAN ILLSTON
United States District Court Judge