**EXHIBIT B**

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*  *FAX:(415) 436-7234*

June 17, 2008



BY HAND DELIVERY
The Hon. Susan Illston
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA  94102

Re:  **United States v. Nhouthakith, CR No. 07-0713 SI**

Dear Judge Illston:

On March 28, 2008, the defendant in the above-captioned case pleaded guilty to one count of Transporting Child Pornography, in violation of 18 U.S.C. § 2252(a)(1). The defendant is scheduled to be sentenced on July 25, 2008. There is no plea agreement in this case.

In anticipation of sentencing, the United States respectfully requests that this Court view the videotape that the defendant has admitted transporting. Viewing the tape is important because this Court will ultimately sentence the defendant based on "the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a); *see also Gall v. United States*, 128 S.Ct. 586 (2007). Given the range of material that potentially falls within the ambit of 18 U.S.C. § 2252(a), the United States respectfully suggests that the nature of the offense cannot be assessed without having reviewed the evidence. In addition, because the defendant himself is pictured in the videotape, viewing it is also important for assessing the history and characteristics of the defendant.

The United States would of course arrange for a place and time for the videotape to be viewed at the Court's convenience. My number is (415) 436-6973.

Sincerely,

JOSEPH P. RUSSONIELLO
United States Attorney

ERIKA R. FRICK
Assistant United States Attorney

cc:  Ron Tyler (AFPD)
     Ann Searles (Probation Officer)