IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00713 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| v. | ) | **HEARING;** |
| | ) | |
| BRUCE NHOUTHAKITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The above-captioned case is currently set for sentencing on September 22, 2008. On September 16, 2008, the Court granted the defendant's motion for leave to file a motion to reconsider approval of the government's request regarding evidence viewing.

The parties jointly request a continuance of the sentencing hearing to November 7, 2008 in order to allow the parties to brief that issue. Under the briefing schedule contemplated by the parties, the defendant would file his motion on October 3, 2008. The government would file its response on October 10, 2008. The parties are not requesting oral argument on the matter. Nonetheless, should the Court deem such argument necessary, the parties would propose October 31, 2008 as the hearing date. The sentencing hearing would then go forward on November 7, 2008. United States Probation Officer Ann Searles is available on that date.

IT IS SO STIPULATED:

Stipulation and [Proposed] Order to
Continue Sentencing Hearing
*U.S. v. Nhouthakith,* CR 07-00713 SI                    1

Dated: September 19, 2008        /s/_____
                                 RONALD C. TYLER
                                 Assistant Federal Public Defender
                                 Counsel for the defendant

Dated: September 19, 2008        /s/_____
                                 ERIKA R. FRICK
                                 Assistant United States Attorney

## [PROPOSED] ORDER

With the agreement of the parties, the Court enters this order continuing the sentencing hearing from September 22, 2008 to November 7, 2008 at 11:00 a.m. The defendant's motion to reconsider approval of the government's request regarding evidence viewing is due on October 3, 2008. The government's response is due on October 10, 2008. Should the Court deem oral argument as necessary, a hearing on the motion shall be held on October 31, 2008 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated:_____   _____
                                  SUSAN ILLSTON
                                  UNITED STATES DISTRICT COURT JUDGE