IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-713 SI |
| Plaintiff, | **ORDER RE: GOVERNMENT'S REQUEST FOR COURT TO VIEW VIDEOTAPE** |
| v. | |
| BRUCE NHOUTHAKITH, | |
| Defendant. | |

The Court has reviewed the parties' submissions regarding the government's request that the Court view the videotape containing child pornography that is the basis for the present prosecution. The Court finds that it is appropriate to view the videotape, which contains footage of defendant himself, because it will assist the Court in preparation for sentencing defendant based on "the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a). The Court VACATES the October 31, 2008 hearing on this matter.

**IT IS SO ORDERED.**

Dated: October 27, 2008

SUSAN ILLSTON
United States District Judge